**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 HENRY COX,

                                Plaintiff,

        -against-                                                26 **CIVIL** 00898 (LLS)

                                                                **JUDGMENT**

SKULL AND BONES,

                                Defendant.
-----------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 30, 2026, the Court dismisses the complaint for the

reasons set forth below. As further set forth in this Order, The Court dismisses this action as

frivolous. See 28 U.S.C. § 1915(e)(2) (B)(i).

**Dated:** New York, New York

        March 31, 2026


                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                        BY:
                                        _____
                                                **Deputy Clerk**